IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 12-cv-01599-REB-CBS**          FTR - Reporter Deck - Courtroom A402
<u>**Date: January 30, 2013**</u>                              Courtroom Deputy: Robin Mason

*Parties:*                                                        *Counsel:*

STEPHAN DARRIS,                                    *Pro Se (appearing by telephone)*

      Plaintiff,

v.

MAZZAIE, *et al.*,                                          Scott James Bowman

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:        10:40 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Dismiss and, MOTION for Partial Summary Judgment (Docket No. 45, filed on 1/4/2013) and the defendant's MOTION to Vacate #34 Order,,, and, MOTION to Stay Discovery (Docket No. 47, filed on 1/4/2013).  Mr. Darris informs the court that he will not be able to meet his current response deadline.

Discussion between the court and Mr. Darris regarding the plaintiff's MOTION for Extension of Time/Notice and Possible Dispute Resolution (Docket No. 56, file don 1/29/2013), how much time Mr. Darris needs to file his responses, and Rule 56(d).

**ORDERED:**   The court **GRANTS** the plaintiff's MOTION for Extension of Time/Notice and Possible Dispute Resolution (Docket No. 56, files on 1/29/2013).  The plaintiff shall file his responses to the defendant's MOTION to Dismiss and, MOTION for Partial Summary Judgment (Docket No. 45, filed on 1/4/2013) **no later than February 28, 2013**.

**ORDERED:**   The court **GRANTS** the defendant's MOTION to Vacate #34 Order,,, and, MOTION to Stay Discovery (Docket No. 47, filed on 1/4/2013).  The court shall stay discovery until briefing on the defendant's MOTION to Dismiss and, MOTION for Partial Summary Judgment (Docket No. 45, filed on 1/4/2013) is completed.

Mr. Darris informs the court that most of the documents submitted to the court were original copies.  Discussion between the court and Mr. Darris regarding having two attorneys look at his documents (one with the Colorado Prisoner Law Project and the other who is a Law Professor with Denver University).  Mr. Darris believes that they may have documents that could be pertinent to both of his cases (this case as well as case 12-cv-02685-REB-CBS).  Mr. Darris would like to get back these documents but has had a lot of trouble getting in contact with the attorneys.  Mr. Darris wanted the court to advise him on how to go about getting back these documents.  The court informs Mr. Darris that it is unable to advise him on how to handle this situation; these attorneys have not entered their appearance on his behalf of Mr. Darris so the court has no jurisdiction over them.  Mr. Darris informs the court that he is not sure if he still wants these attorneys to represent him and that he may serve them with subpoenas.  The court further informs Mr. Darris that it is unable to assist him with this issue.

Mr. Bowman makes an oral request to have Mr. Darris' address updated in case 12-cv-02685-REB-CBS.  This case (12-cv-01599-REB-CBS) has the correct address for Mr. Darris.  The court shall update Mr. Darris' address for case 12-cv-02685-REB-CBS but informs Mr. Darris that he must notify the court of any future address changes in writing.

HEARING CONCLUDED.

**Court in recess:**      **10:50 a.m.**
Total time in court:    00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.