**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01559-REB-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

D/S MAZZAIE,
D/S KEENAN,
D/S BLAIR,
D/S MCCALL, and
SHERIFF GARY WILSON,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#74],[1] filed August 29, 2013. No objection having been filed to the recommendation, I review it for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and

---

[1] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See *Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#74], filed August 29, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendants' **Motion To Dismiss and for Partial Summary Judgment** [#45], filed January 4, 2013, is **GRANTED IN PART** and **DENIED AS MOOT IN PART**, as follows:

   a. That the motion is **GRANTED** insofar as it seeks dismissal of plaintiff's claims for failure to exhaust administrative remedies; and

   b. That in all other respects, the motion is **DENIED AS MOOT**;

3. That plaintiff's Claims One, Two, Three, Four, and Five against all defendants are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

4. That judgment without prejudice **SHALL ENTER** on behalf of defendants, D/S Mazzei (misnamed in the caption as "D/S Mazzaie"), D/S Keenan, D/S Blair, D/S McCall, and Sheriff Gary Willson, and against plaintiff, Stephan Darris.

Dated September 17, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge