# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01599-REB-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

D/S MAZZAIE,
D/S KEENAN,
D/S BLAIR,
D/S MCCALL, and
SHERIFF GARY WILSON,

    Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#75] entered by Judge Robert E. Blackburn on September 17, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#74], filed August 29, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendants' **Motion To Dismiss and for Partial Summary Judgment** [#45], filed January 4, 2013, is **GRANTED IN PART** and **DENIED AS MOOT IN PART**, as follows:

    a. That the motion is **GRANTED** insofar as it seeks dismissal of plaintiff's

claims for failure to exhaust administrative remedies; and

b.  That in all other respects, the motion is **DENIED AS MOOT**;

3.  That plaintiff's Claims One, Two, Three, Four, and Five against all defendants are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and;

4.  That **JUDGMENT WITHOUT PREJUDICE IS ENTERED** in favor of defendants, D/S Mazzei (misnamed in the caption as "D/S Mazzaie"), D/S Keenan, D/S Blair, D/S McCall, and Sheriff Gary against plaintiff Stephan Darris.

DATED at Denver, Colorado, this 15th day of November, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
     Kathleen Finney
     Deputy Clerk